UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 13 |
| | ) | |
| MARY L. ECKHART | ) | CASE NO. 15-22468-jpk-13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**IMMATERIAL MODIFICATION OF CONFIRMATION NOT SUBJECT TO NOTICE**

The parties hereto agree that Debtor's Plan must be immaterially modified to resolve an existing issue or objection. This modification meets requirements of 11 U.S.C. 1322 and becomes part of the Debtor's Plan without any necessity for notice herein. The agreement of the parties is:

Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association shall be allowed an estimated pre-petition arrears claim of $15,696.94 without the accrual of interest thereon and a total secured claim of $152,474.90 with interest accruing pursuant to the terms of the note and mortgage.

The claim of Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association shall not be subject to cramdown or early release of mortgage lien.  The contract interest rate of 6.00% shall remain in effect and extend beyond the length of Debtor's Chapter 13 Plan.

Eckhart - File No. 086878B02

WHEREFORE, the parties hereto have agreed to the above terms as an immaterial modification of the Plan as last submitted by the Debtor herein.

SO ORDERED THIS _____ DAY OF _____, 2016.

_____
JUDGE J. PHILIP KLINGEBERGER
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT, HAMMOND DIVISION

DATE:1/4/2016_____

/s/ PAUL R. CHAEL_____
PAUL R. CHAEL
Trustee
401 West 84th Drive  Suite CMerrillville, IN 46410

DATE:12/31/2015_____

/s/ JONATHAN LAMOIN ALBRIGHT\_\_\_
JONATHAN LAMOIN ALBRIGHT
Attorney at Law
5162 E Stop 11 Rd, Suite 4Indianapolis, IN 46237

DATE: 12/29/2015

/s/SUSAN M WOOLLEY
SUSAN M. WOOLLEY
8415 Allison Pointe Blvd., Suite 400
Indianapolis, IN 46250
(317) 237-2727
Fax: (317) 237-2717
Email: SWOOLLEY@feiwellhannoy.com

Eckhart - File No. 086878B02

Distribution:
Mary L. Eckhart
Debtor
603 211th St
Dyer, IN 46311-1424

Jonathan Lamoin Albright
Attorney at Law
5162 E Stop 11 Rd, Suite 4
Indianapolis, IN 46237

Paul R. Chael
Trustee
401 West 84th Drive  Suite C
Merrillville, IN 46410

Nancy J. Gargula
U.S. Trustee
100 East Wayne Street, Room 555
South Bend, IN 46601

Eckhart - File No. 086878B02